An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

HEALTH PLAN OF NEVADA, INC.;
SIERRA HEALTH SERVICES, INC.;
SIERRA HEALTH AND LIFE
INSURANCE COMPANY, INC.; SIERRA
HEALTH-CARE OPTIONS, INC.;
UNITED HEALTHCARE INSURANCE
COMPANY; AND UNITED
HEALTHCARE SERVICES, INC.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
SUSAN JOHNSON, DISTRICT JUDGE,
Respondents,
and
EULA STOUT, AN INDIVIDUAL,
Real Party in Interest.

No. 61454

**FILED**

JUL 24 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING PETITION FOR
### WRIT OF PROHIBITION OR MANDAMUS

Having considered the parties' stipulation for dismissal of this writ petition, we approve it. Accordingly, we order this writ petition dismissed.

It is so ORDERED.

_____, C.J.
Pickering

13 - 21744

cc: Hon. Susan Johnson, District Judge
Holland & Hart LLP/Las Vegas
Bryan Cave LLP/Phoenix
Kemp, Jones & Coulthard, LLP
Thomas & Springberg, P.C.
Eighth District Court Clerk